Electronically Filed - St Louis County - March 28, 2025 - 12:02 PM

25SL-CC03410

1234688666

IN THE CIRCUIT COURT OF COUNTY OF ST. LOUIS
STATE OF MISSOURI

BAYER CROPSCIENCE LP )
LIMITED PARTNER )
 )
 )
 )
          Plaintiff, )          Cause No.
vs. )
 )          Div/Team  No.
JAYCO FARMS, INC )
 )
SERVE REGISTERED AGENT: )
JO ANN MCINTYRE OR BRAD MCINTYRE )
 )
AT: )
 )
 )
 )
 )
 )
SERVICE BY SHERIFF OF MOREHOUSE )
PARISH, LA )
 )
          Defendant(s). )

## PETITION
## COUNT I–BREACH OF CONTRACT

COMES NOW, Plaintiff, and for its cause of action against Defendant, states as follows:

1.    Plaintiff if is a Limited Partnership duly organized and existing under the law.

2.    Defendant is a corporation duly organized and existing under the law.

3.    Plaintiff's cause of action arises from a contract for farm seed financing which includes an provision that states the Parties agree that any action under the contract shall be brought in the St. Louis County Circuit Court.

4.    The Defendant is indebted to Plaintiff in the sum of $202,831.32, said being the balance due on a certain written contract, a copy of which is attached hereto and incorporated by



EXHIBIT

A

Electronically Filed - St Louis County - March 28, 2025 - 12:02 PM

reference herein, after crediting same with all payments and set-offs.

5. Pursuant to the Contract, Defendant agreed to pay Plaintiff's reasonable attorney's and collection fees if the matter was placed for collection.

6. Plaintiff has made demand for payment upon Defendant and payment has been refused.

WHEREFORE, Plaintiff, prays for judgment against Defendant, in a sum of $202,831.32, plus interest at the rate of 18% from November 25, 2023, its reasonable attorney and collection fees, all costs expended herein and for any other and further relief this Court deems just and proper.

## COUNT II-SUIT ON ACCOUNT

COMES NOW, Plaintiff, and for its alternative cause of action against Defendant, states as follows:

1. Plaintiff restates and realleges each and every paragraph of Count I as if fully set forth herein.

2. The Defendant is indebted to Plaintiff arising from goods, wares merchandise and services in the sum of $202,831.32 as reflected in the invoices and statments attached hereto and incorporated by reference herein.

3. Plaintiff has made demand for payment upon Defendant and payment has been refused.

WHEREFORE, Plaintiff, prays for judgment against Defendant, in a sum of $202,831.32, plus interest at the rate of 9% from November 25, 2023, all costs expended herein and for any

Electronically Filed - St Louis County - March 28, 2025 - 12:02 PM

other and further relief this Court deems just and proper.

GAMACHE & MYERS, P.C.

BY:   */s/ Donald A. Horowitz*

DONALD A. HOROWITZ MBE 42340
Attorneys for Plaintiff
1000 CAMERA AVE SUITE A
CRESTWOOD (ST LOUIS) MO 63126
(314) 835-6602
FAX (314) 835-6604
donaldhorowitz@gmcollects.com

Electronically Filed - St Louis County - March 28, 2025 - 12:02 PM

OUR FILE NUMBER:24400216

STATE OF GEORGIA

COUNTY OF PICKENS

AFFIDAVIT

I hereby certify and affirm that I am the  Accounts Receivable Director

of _____ Monsanto Company _____.
        (Name of Business)

( )      A sole proprietorship

( )      A partnership comprised of the following partners:

        _____

        _____

( )      A Limited Liability Company organized under and existing by virtue of the laws of the State of __

        _____

(X)      A Corporation duly incorporated under and existing by virtue of the laws of the State of _____

        ____Missouri____

( )      A National Association

I further state that the claim and cause of action of the aforesaid against JAYCO FARMS INC  is in the sum of $202,831.32 plus accrued interest and fees.

I further certify that I am duly qualified and competent to testify to the matters stated herein, and authorized to make this Affidavit. I further state that the records of this account are maintained under my supervision, have been reviewed by your Affiant, and that the amount of the claim is just and true to the best of my personal knowledge, and that all just and lawful offsets, payments and credits have been allowed.

Executed this __3rd__ day of __September__, 20_24_

__Mandy Fisher__                          MANDY FISHER_____
Signature                                Printed Name of Affiant

The foregoing Affidavit sworn to and subscribed before me this __3__ day of __September__, 20_24_

                                        _____
                                        Notary Public

My Commission Expires: 12 13 24

**"THIS IS A COMMUNICATION FROM A DEBT COLLECTOR, IN AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE."**



DANIEL FISHER
MY COMMISSION EXPIRES
13
DECEMBER
2024
NOTARY PUBLIC
PICKENS COUNTY GEORGIA

Electronically Filed - St Louis County - March 28, 2025 - 12:02 PM

## 2021 Fixed 0% Interest Financing Program



Date of application: 02/05/2021

Dealer Account Number ██████ 7

Application # ██████

Requested Financing Amount: $50,000

TSA License Number ██████

Business Type: Corporation

Name: Jayco Farms Inc
Years in Business: 4

Email:
Date of Incorporation: 02/15/2018

Phone:
Federal EIN ██████

Physical Address ██████

Address2 (Optional).
Zip ██████

City: Mer Rouge

Mailing Address ██████

Address2 (Optional):
Zip ██████

City: Mer Rouge

CoApplicant: yes

CoApplicant Name: Jo Ann McIntyre
CoApplicant City ██████
CoApplicant Phone: ██████

CoApplicant Address ██████
CoApplicant State: LA
CoApplicant Email ██████

CoApplicant Address2 (Optional):
CoApplicant Zip ██████

Bankruptcy: no
Judgments: no

Agreed to Terms and Conditions: yes

Applicant Signature: Jayco Farms by Jo Ann McIntyre

CoApplicant Signature: Jo Ann McIntyre

## Financing Application Terms and Conditions

The individual signing this document (hereinafter Farmer), in addition to the listed Proprietorship, Partnership, Cooperative, Limited Liability Company, or Corporation listed on the Fixed 0% Interest Financing application and agreement authorizes Bayer CropScience LP (including Monsanto Company, a Bayer affiliate, hereinafter "Bayer") to give or obtain credit information, and Farmer releases and holds harmless Bayer and any lender or grantor of credit information from any and all claims or causes of action that may arise relating to the use or transfer of this credit information. The undersigned declares that all information is correct to the best of their knowledge.

By applying for credit, the individual signing this document, in addition to the listed Proprietorship, Partnership, Cooperative, Limited Liability Company, and Corporation gives consent to Bayer receiving the individual's Social Security# (SSN), financial information, and other information, using it, and disclosing it for legitimate purposes. SSN's are used to help identify the individual or entity's transactions and obtain credit information (history and score) and reports.

Bayer limits access to only our Credit Department and prohibits disclosures except as may be necessary to confirm or provide information to credit agencies about the individual's or entity's creditworthiness. Personal information, such as contact information, is used to process transactions, maintain accounts on our website, and to communicate with credit rating agencies. These agencies, and entities (such as banks, shipping companies, payment processors, infrastructure supporters, legal, financial advisors, and auditors) may be contacted about the individual or entity to receive information about financing transactions and have signed confidentiality provisions acknowledging they are not to disclose any confidential information except as needed for any legitimate purpose.

Bayer will not sell personal information but will safeguard confidentiality and data security. Bayer may keep information even if the individual or entity ceases to be our customer, to comply with laws and our records management program, or to exercise the right to protect our business. The individual or entity approved under this Program agrees to notify Bayer if any of the information requested on the application changes. The undersigned and entity mentioned release and hold harmless Bayer and any lender or provider of credit information, from any and all claims or causes of action that may arise relating to the use or transfer of this credit information. The undersigned and entity irrevocably consent for Bayer to obtain credit information from credit reports and other sources, for any legitimate business purpose. The undersigned and entity also irrevocably consent to be contacted according to the contact information provided on this form or any version hereafter. The undersigned declares all information the undersigned and entity has supplied is correct to the best of their knowledge.

USA PATRIOT ACT — Customer Identification Program — Enacted to help the government fight the funding of terrorism and money laundering activities. Federal law requires all companies to obtain, verify and record information that identifies each person who applies for a loan. When applying for a loan, we ask for a name, address, date of birth and other information that will allow us to identify the applicant. We may also ask to see a driver's license or other identifying documents.

Electronically Filed - St Louis County - March 28, 2025 - 12:02 PM

The amount of the Farmer's or their Company's (hereinafter "Farmer's") purchases under the Fixed 0% Interest Financing Program from Bayer is limited to the Farmer's approved credit limit. Bayer may change or withdraw that credit limit at any time, for any lawful reason, except to the extent seed or seed treatment has already been delivered to Farmer within the Farmer's former credit limit. Should Bayer change or withdraw the credit limit, Farmer is still responsible for any amount financed prior to the change or withdrawal. Farmer will provide to Bayer financial information whenever Bayer requests it. If Bayer sends the Farmer a notice that it has denied credit, the Farmer may be required to pay for the order in cash prior to delivery. Bayer may, without notice to Farmer, set off any payments Farmer has made to Bayer or any money Bayer may owe Farmer against any of Farmer's accounts with Bayer.

Farmer agrees to pay Bayer according to the terms of the Fixed 0% Interest Financing Program for the applicable year. Farmer acknowledges that an active Technology/Stewardship Agreement (TSA) must be obtained in order to participate in the Fixed 0% Interest Financing Program. If the Farmer has not downloaded a version of the current year's Fixed 0% Interest Financing Program terms and conditions or needs an additional copy, the Farmer may contact the Credit department at 1-800-335-2676, Option 2.

AMOUNT DUE: Farmer will pay the "Total Due" shown on the Statement in full by November 25, 2021 (February 15, 2022 – TONK Region*). If payment is made after that date it will include default late fees until the date of payment in full. Cash discounts and John Deere Financial are not eligible to be used for payment of Fixed 0% Interest Financing Program.

APPLICABLE TO DEALER BUSINESS MODEL ONLY – As part of this Fixed 0% Interest Financing program, Bayer credits the Dealer the amount the Farmer owes the Dealer, and then the Farmer pays Bayer that amount by November 25, 2021* or the due dates provided on the marketing collateral.

However, if Bayer delivers a notice to the Farmer it has denied the Farmer's request for financing, Farmer shall pay Dealer directly instead of paying Bayer. Pursuant to the Program, upon receipt of Bayer's approval of a Farmer's financing request, Dealer shall promptly credit Farmer's account with Dealer for the amount financed, and Dealer shall not collect or attempt to collect from Farmer any invoice that has been paid by Bayer pursuant to the Fixed 0% Interest Financing program. Farmer agrees that any failure of Dealer to perform its obligations under the Program, including without limitation, Dealer's failure to properly credit Farmer's account with Dealer, shall not relieve Farmer of its obligation to repay the financed amount as required by this Agreement. Farmer further agrees that Bayer shall have no liability to Farmer arising from any acts or omissions of Dealer in connection with the Program.

APPLICABLE TO CHANNEL SEEDSMAN BUSINESS MODEL ONLY: Farmer payment must be remitted to Channel. The Seedsman will not be credited. The Farmer's terms upon approval of their financing application and agreement, for purchases made through their Seedsman, will be changed from July 25, 2021, to November 25, 2021, after the Seedsman submits the appropriate documents/transactions for their financing approved Farmer.

Only the seed and seed treatment brands listed above will qualify for financing under the Program. No other products or services offered shall be eligible for financing under the Program.

APPLICABLE TO OUTCOME BASED PRICING BUSINESS MODEL ONLY: If you have agreed to any of the four options under an Outcome Based Pricing Agreement, then after your crop yield is determined, you may be billed (or paid) a performance or profit-sharing fee. If you are billed for such a fee, it is not financeable, and is due per terms of the invoice.

BUSINESS FINANCING: The Fixed 0% Interest Financing Program will be used to finance inputs for the farming business, and not for any personal, family, or household purposes.

ASSIGNMENT AND GOVERNING LAW: By signing below, Farmer consents to assignments of Farmer's account with the dealer and agrees to send payment directly to the address specified by Bayer. This Agreement shall be governed by the laws of the State of Missouri. Venue shall be laid in the Circuit Court of St. Louis County, Missouri or in any state where the Farmer resides or owns property, at election of Bayer.

DEFAULT: If Farmer fails to pay for an order in full on or before the Scheduled Due Date, Farmer shall pay Bayer (i) the "Total Due" shown on the Statement, (ii) a default late fee equal to the lesser of 18% annually, or the maximum allowable by law on the account balance remaining at the end of each month, and (iii) reasonable attorneys' fees, collection agency fees and all costs to collect incurred by Bayer if it is necessary to obtain assistance in collecting.

By signing the application and agreement, and if approved, the individual is covered for all of Bayer's Fixed 0% Interest Financing applications and agreements. The approved credit limit applies to combined purchase amounts for all Fixed 0% Interest Financing Programs.

Electronically Filed - St Louis County - March 28, 2025 - 12:02 PM

*Farmer Payment Due Date within eligible areas of West Texas, Oklahoma, New Mexico, and Kansas is February 15, 2022 for Deltapine® Brand Cotton Seed.

Electronically Filed - St Louis County - March 28, 2025 - 12:02 PM



# Bayer CropScience LP

JAYCO FARMS INC


| Statement of Account | |
|---|---|
| Statement Date: 02/20/2024 | |
| Account No: ███████ | |
| Territory: G3Q | Cust.Grp: 7V |
| Amt. Paid: $_____ | Date:__/__/__ |

Thank you for purchasing Bayer seed products. Please review your accountand if you have any questions, contact Seed Customer Operations using the contact details below.

Asgrow, Dekalb,       Phone:1-800-335-2676
Deltapine:            Fax : 1-888-811-9498
                      Email:as-dk-dp.customerops@bayer.com

| CURRENT BALANCE | | PAST DUE BALANCES | | | | |
|---|---|---|---|---|---|---|
| Due This Month | Future Due | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over  90 Days | Total Past Due |
| 0.00 | 0.00 | 2,967.75 | 2,967.75 | 194,127.12 | 0.00 | 200,062.62 |

**Send Wire or ACH transfers to:**
Wells Fargo
███████Accoun███████
Account Name: Bayer CropScience LP
Wire or ACH details: Include your
Account number and Name

**Overnight Mail:**
Lockbox Services #204070
**Seed**
2975 Regent Blvd
Irving, TX 75063
Phone: 1-800-289-3557

---

**Detach and enclose this stub with payment when paying by check or money order.**

**Remitting by check, please remember to:**
Include account number on check

Current Due:  $    200,062.62
Account #████████
Amount Paid:   $_____

☐ Check this box for address changes and write new address on the back of this form.

**Bayer CropScience LP**
**PO Box 204070**
**Dallas, TX 75320-4070**

4621351 6

# Bayer CropScience LP



JAYCO FARMS INC

## Statement Of Account
### Page    2 / 00002
Account Statement from 03/01/2023 to 02/20/2024

| Date/Ship | Document No | Reference | Description | Units | Unit Price | Due Date | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 03/02/2023 | 8131098103 | FF0009126597 | ADJUSTMENT FARMFLEX FINANCING PRINCIPAL | 1SSU | 27,472.00 | 11/25/2023 | 27,472.00 | |
| | | | | | | Doc. Total | 27,472.00 | 27,472.00 |
| 03/06/2023 | 8131104421 | FF0009126597 | ADJUSTMENT FARMFLEX FINANCING PRINCIPAL | 1SSU | 102,123.12 | 11/25/2023 | 102,123.12 | |
| | | | | | | Doc. Total | 102,123.12 | 129,595.12 |
| 03/06/2023 | 8131104422 | FF0009126597 | ADJUSTMENT FARMFLEX FINANCING PRINCIPAL | 1SSU | 26,664.00 | 11/25/2023 | 26,664.00 | |
| | | | | | | Doc. Total | 26,664.00 | 156,259.12 |
| 03/06/2023 | 9131010064 | FF0009126597 | ADJUSTMENT FARMFLEX FINANCING PRINCIPAL | 1SSU | 27,472.00 | 11/25/2023 | 27,472.00CR | |
| | | | | | | Doc. Total | 27,472.00CR | 128,787.12 |
| 03/17/2023 | 8131136547 | FF0009126597 | ADJUSTMENT FARMFLEX FINANCING PRINCIPAL | 1SSU | 65,340.00 | 11/25/2023 | 65,340.00 | |
| | | | | | | Doc. Total | 65,340.00 | 194,127.12 |
| 12/31/2023 | 0125000530 | DefaultLateFee | Default Late Fee | | | 12/31/2023 | 2,967.75 | |
| | | | | | | Doc. Total | 2,967.75 | 197,094.87 |
| 01/31/2024 | 0125000124 | DefaultLateFee | Default Late Fee | | | 01/31/2024 | 2,967.75 | |
| | | | | | | Doc. Total | 2,967.75 | 200,062.62 |
| | | | Customer Balance as of | | | 02/20/2024 | | 200,062.62 |

| ACCOUNT SUMMARY | | | | | | |
|---|---|---|---|---|---|---|
| Balance Forward | + New Charges | +/- Cash Payments | +/- Adjustments | - Returns/Transfers | Default Late Fees | Ending Balance |
| 0.00 | 221,599.12 | 0.00 | 27,472.00 CR | 0.00 | 5,935.50 | 200,062.62 |

Electronically Filed - St Louis County - March 28, 2025 - 12:02 PM

Customer
Company Code
Name
City
Region
Acctg clerk

1372

JAYCO FARMS INC
BASTROP

54

| Assignment | Document No. | Typ | Doc. Date | S | DM | Amt in loc.cur. | Loc.cur. | Clrng doc. | Text | Reference | Ref.key 1 | Ref.key 2 | Reference key 3 | CoCd | Pstng Date | Net Due dt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Default Late Fee | 125000124 | DR | 01/31/2024 | J | M | 2,967.75 | USD | | Default Late Fee | | | | | 1372 | 01/31/2024 | 01/31/2024 |
| Default Late Fee | 125000530 | DR | 12/31/2023 | J | M | 2,967.75 | USD | | Default Late Fee | | | | | 1372 | 12/31/2023 | 12/31/2023 |
| Default Late Fee | 125000958 | DR | 02/29/2024 | J | M | 2,768.78 | USD | | Default Late Fee | | | | | 1372 | 02/29/2024 | 02/29/2024 |
| FF0009126597 | 22010416 | RW | 03/06/2023 | D | M | 27,472.00- | USD | | Fall Financing | 9131010064 | 0061900207 | | | 1372 | 03/25/2024 | 11/25/2023 |
| FF0009126597 | 72094289 | RV | 03/02/2023 | D | M | 27,471.00 | USD | | Fall Financing | 8131098103 | 0061899518 | | | 1372 | 03/25/2024 | 11/25/2023 |
| FF0009126597 | 72094292 | RV | 03/06/2023 | D | M | 102,125.12 | USD | | Fall Financing | 8131104421 | 0061900134 | | | 1372 | 03/25/2024 | 11/25/2023 |
| FF0009126597 | 72094295 | RV | 03/06/2023 | D | M | 26,654.00 | USD | | Fall Financing | 8131104422 | 0061900220 | | | 1372 | 03/25/2024 | 11/25/2023 |
| FF0009126597 | 72094298 | RV | 03/17/2023 | D | M | 65,340.00 | USD | | Fall Financing | 8131136547 | 0061903701 | | | 1372 | 03/25/2024 | 11/25/2023 |
| | | | | | | 202,831.32 | USD | | | | | | | 1372 | | |



# Summons for Personal Service Outside the State of Missouri (Except Attachment Action)

IN THE 21ST JUDICIAL CIRCUIT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>ELLEN SUE LEVY | Case Number:  25SL-CC03410 |
| Plaintiff/Petitioner:<br>BAYER CROPSCIENCE LP | Plaintiff's/Petitioner's Attorney/Address:<br>TAMMY FAY WOOL<br>KRAMER & FRANK PC<br>11960 WESTLINE INDUSTRIAL DR<br>SUITE 180<br>ST LOUIS, MO  63146 |
| vs. | |
| Defendant/Respondent:<br>JAYCO FARMS INC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Breach of Contract | |

(Date File Stamp for Return)

**The State of Missouri to**:  JAYCO FARMS INC
                    **Alias:**

**RA JOANN MCINTYRE OR**
**BRAD MCINTYRE**
**9544 MARLATT STREET**
**BASTROP, LA  71220**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

### COURT SEAL OF



### ST. LOUIS COUNTY

| | |
|---|---|
| 01-APR-2025 | /S/ Adam Dockery |
| Date | Clerk |

**Further Information:**
AD

## Officer's or Server's Affidavit of Service

I certify that:

1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.

2. My official title is _____ of _____ County, _____ (state).

3. I have served the above Summons by: (check one)

    ☐ delivering a copy of the summons and petition to the defendant/respondent.

    ☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

    ☐ (for service on a corporation) delivering a copy of the summons and petition to:

    _____ (name) _____(title).

    ☐ other: _____.

Served at _____ (address)

in _____ (County), _____ (state), on _____(date)

at _____ (time).

_____          _____
Printed Name of Officer or Server                Signature of Officer or Server

**Subscribed and sworn to** before me this ____ (day) _____ (month), _____ (year).

I am: (check one) ☐ the clerk of the court of which affiant is an officer.

☐ the judge of the court of which affiant is an officer.

☐ authorized to administer oaths in the state in which the affiant served the above summons (use for out-of-state officer).

*(Seal)*

☐ authorized to administer oaths. (use for court-appointed server)

_____
Signature and Title

**Service Fees**

Summons    $_____
Non Est    $_____
Mileage    $_____ (_____ miles @ $._____ per mile)
**Total**    **$_____**

See the following page for directions to officer making return on service of summons.

Case Number: 25SL-CC03410

## Directions to Officer Making Return on Service of Summons

A copy of the summons and petition must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and petition when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and petition and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and petition personally to the individual or by leaving a copy of the summons and petition at the individual's dwelling house or usual place of abode with some person at least 18 years of age residing therein, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

The officer or other person receiving a summons or other process shall serve the same and make return of service promptly. If the process cannot be served it shall be returned to the court within 30 days after the date of issue with a statement of the reason for the failure to serve the same; provided, however, that the time for service thereof may be extended up to ninety days from the date of issue by order of the court.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

(1) **Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

(2) **Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

OSCA (7-99) SM30 (SMCC) *For Court Use Only*: **Document ID# 22-SMCC-255**    2    (Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73



**OFFICE OF THE CIRCUIT CLERK**

Missouri's 21st Judicial Circuit, St. Louis County
Civil Department
105 South Central Avenue, Clayton, MO 63105
Hours: Monday through Friday 8:00 A.M. to 5:00 P.M.
Phone: 314-615-8029

SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act. Please notify the Office of the Circuit Clerk at 314-615-8029. FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 0r 800-735-2966, at least three business days in advance of the court proceeding.

Electronically Filed - ST LOUIS COUNTY - June 20, 2025 - 09:24 AM

**In The Circuit Court of St. Louis County, Missouri**
**Associate Circuit Division**

BAYER CROPSCIENCE LP,

                                                    Case No. 25SL-CC03410

          Plaintiff.                                Division No.

vs.

JAYCO FARMS INC ,

          Defendant.

### Affidavit of Non-Est

Plaintiff files Affidavit of Non-Est. Summons issued by the Court on APRIL 1, 2025, was not served as not attempted.

KRAMER & FRANK, P.C.

By:Donald A Horowitz
Donald A Horowitz, MBE# 42340
Attorney for Plaintiff
11960 Westline Industrial Dr.
Suite 180
St Louis, MO 63146
Telephone: (314) 991-1177
Fax:      (314) 991-0485
E-mail: KFattorneys@lawusa.com

1234688666 DAH

Electronically Filed - ST LOUIS COUNTY - June 20, 2025 - 09:24 AM

**In the Circuit Court of St. Louis County, Missouri**
**Associate Circuit Division**

**BAYER CROPSCIENCE LP,**

**Plaintiff.**

vs.

**JAYCO FARMS INC ,**

**Defendant.**

**Case No.:  25SL-CC03410**

**Division:**

**Request for Issuance of an Alias Summons**

Plaintiff, requests issuance of an Alias Summons upon Defendant JAYCO FARMS INC, R/A JO ANN MCINTYRE OR R/A BRAD MCINTYRE, at 9544 MARLATT ST, BASTROP LA 71220. Service is to be by Sheriff OF MOREHOUSE PARISH, LA.

KRAMER & FRANK, P.C.

By: /s/ Donald A Horowitz
Donald A Horowitz, MBE# 42340
Attorney for Plaintiff
11960 Westline Industrial Dr.
Suite 180
St Louis, MO 63146
Telephone: (314) 991-1177
Fax:      (314) 991-0485
E-mail: KFattorneys@lawusa.com

SO ORDERED:

JUDGE_____



# Summons for Personal Service Outside the State of Missouri (Except Attachment Action)

IN THE 21ST JUDICIAL CIRCUIT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>ELLEN SUE LEVY | Case Number: 25SL-CC03410 |
| Plaintiff/Petitioner:<br>BAYER CROPSCIENCE LP | Plaintiff's/Petitioner's Attorney/Address:<br>TAMMY FAY WOOL<br>KRAMER & FRANK PC<br>11960 WESTLINE INDUSTRIAL DR<br>SUITE 180<br>ST LOUIS, MO  63146 |
| vs. | |
| Defendant/Respondent:<br>JAYCO FARMS INC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Breach of Contract | (Date File Stamp for Return) |

**The State of Missouri to**:  JAYCO FARMS INC
                              **Alias:**

**RA JOANN MCINTYRE OR**
**BRAD MCINTYRE**
**9544 MARLATT STREET**
**BASTROP, LA  71220**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**COURT SEAL OF**



**ST. LOUIS COUNTY**

| | |
|---|---|
| 15-OCT-2025<br>Date | /S/ MALIK WRIGHT-HAMILTON<br>Clerk |

**Further Information:**
MWH

Case Number: 25SL-CC03410

## Officer's or Server's Affidavit of Service

I certify that:

1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.

2. My official title is _____ of _____ County, _____ (state).

3. I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the

defendant/respondent with _____, a person at least 18 years of age

residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____(title).

☐ other: _____.

Served at _____ (address)

in _____ (County), _____ (state), on _____(date)

at _____ (time).

_____     _____
     Printed Name of Officer or Server              Signature of Officer or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month), _____ (year).

I am: (check one) ☐ the clerk of the court of which affiant is an officer.

☐ the judge of the court of which affiant is an officer.

☐ authorized to administer oaths in the state in which the affiant served the above summons (use for out-of-state officer).

*(Seal)*

☐ authorized to administer oaths. (use for court-appointed server)

_____
          Signature and Title

**Service Fees**

Summons     $_____
Non Est       $_____
Mileage       $_____ (_____ miles @ $._____ per mile)
**Total**         **$_____**

See the following page for directions to officer making return on service of summons.

SJRC (12-24) SM60 (SMOS) *For Court Use Only:* **Document ID # 25-SMOS-1606** 2 of 3  25SL-CC03410          SCR 54.06, 54.07, 54.14, and 54.20; 506.500, 506.510 RSMo

Case Number: 25SL-CC03410

## Directions to Officer Making Return on Service of Summons

A copy of the summons and petition must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and petition when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and petition and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and petition personally to the individual or by leaving a copy of the summons and petition at the individual's dwelling house or usual place of abode with some person at least 18 years of age residing therein, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

The officer or other person receiving a summons or other process shall serve the same and make return of service promptly. If the process cannot be served it shall be returned to the court within 30 days after the date of issue with a statement of the reason for the failure to serve the same; provided, however, that the time for service thereof may be extended up to ninety days from the date of issue by order of the court.

**THE CIRCUIT COURT OF ST.  LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

**Purpose of Notice**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case.   However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.  A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**Your Rights and Obligations in Court Are Not Affected By This Notice**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.  Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**Alternative Dispute Resolution Procedures**

There are several procedures designed to help parties settle lawsuits.  Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

CCADM73

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement.  An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Avenue, 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms.  You should ask your lawyer for further information.

CCADM73



**OFFICE OF THE CIRCUIT CLERK**

Missouri's 21st Judicial Circuit, St. Louis County
Civil Department
105 South Central Avenue, Clayton, MO 63105
Hours: Monday through Friday 8:00 A.M. to 5:00 P.M.
Phone: 314-615-8029

SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act. Please notify the Office of the Circuit Clerk at 314-615-8029. FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 0r 800-735-2966, at least three business days in advance of the court proceeding.