**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **BAYER CROPSCIENCE LP,**<br><br>**Plaintiff.**<br><br>**vs.**<br><br>**JAYCO FARMS INC ,**<br><br>**Defendant.** | **Case No.: 4:25cv1766** |

**NOTICE OF SETTLED CASE**

COMES NOW Plaintiff and advises the Court that the parties have come to an agreement to fully settle this case. The parties are exchanging settlement documents and payment of settlement funds and expect the case will be ready for dismissal in 60-90 days.

Respectively Submitted.
KRAMER & FRANK, P.C.

By: /s/ Donald A. Horowitz
Donald A. Horowitz, MBE# 42340
Attorneys for Plaintiff
11960 Westline Ind. Dr, Ste, 180
St. Louis, MO 63146
Telephone: (314) 991-1177
Fax: (314) 991-0485
E-mail: KFattorneys@lawusa.com

**Certificate of Service and Compliance**

The undersigned certifies that the foregoing instrument was served on all parties through electronic notification via PACER including WENDELL L. HOSKINS, II, Attorney for Defendant.

/s/ Donald A Horowitz